1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   LISAANN MARIA BETTIN
6

7

8
                    UNITED STATES DISTRICT COURT
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION
10

11 LISAANN MARIA BETTIN,                    Case No. 5:11-CV-01466-LHK-HRL

12              Plaintiff,                  **STIPULATION OF DISMISSAL AND
        v.                                  [PROPOSED] ORDER**
13
   G. REYNOLDS SIMS & ASSOCIATES, P.C.,    Fed. R. Civ. P. 41(a)(1)
14 a Michigan corporation; G. REYNOLDS SIMS,
   individually and in his official capacity; and
15 MIDLAND FUNDING, LLC, a Delaware
   limited liability company,
16
                Defendants.
17

18      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LISAANN MARIA BETTIN, and Defendant,

19 MIDLAND FUNDING, LLC, stipulate, and the Court hereby orders, as follows:

20      1.   The dispute between the parties has been settled, therefore, the claims asserted by

21 Plaintiff, LISAANN MARIA BETTIN, against all Defendants in the above-captioned proceeding are

22 hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

23

24 / / /

25 / / /

26 / / /

27 / / /

28

---

1 | Dated: June 20, 2011 | /s/ Fred W. Schwinn
2 | | Fred W. Schwinn, Esq.
  | | Attorney for Plaintiff
3 | | LISAANN MARIA BETTIN

4
5 | Dated: June 20, 2011 | /s/ Tomio B. Narita
  | | Tomio B. Narita, Esq.
  | | Attorney for Defendant
6 | | MIDLAND FUNDING, LLC

7

8

9 | THE FOREGOING STIPULATION
  | IS APPROVED AND IS SO ORDERED.

10

11 | Dated: June 21, 2011 | *Lucy H. Koh* (signature)
  | | The Honorable Lucy H. Koh
12 | | United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
STIPULATION OF DISMISSAL AND ORDER                Case No. 5:11-CV-01466-LHK-HRL